IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00228-CV

 

Robertson Management Company 

d/b/a Franklin Nursing Home and

Douglas Sadler, Individually, 

as the Administrator of the
 Franklin Nursing Home,

                                                                      Appellants

 v.

 

Buck Carson Stroud, as the Executor

of the Estate of Agnes Johanna Lys Dillard,

                                                                      Appellee

 

 

 



From the 82nd District Court

Robertson County, Texas

Trial Court No. 04-08-17,024-CV

 



MEMORANDUM  Opinion



 

          Finding that the trial court abused
its discretion in failing to dismiss Appellee’s health care liability claim in
accordance with section 74.351(b)(2) of the Civil Practice and Remedies Code
because Appellee did not serve an expert report within 120 days and did not
obtain a written extension signed by the affected parties, we reverse the trial
court’s April 25, 2005 order and remand the cause to the trial court for
dismissal of the claim with prejudice and for entry of an award to Appellants
of reasonable attorney’s fees and court costs.  See Tex. Civ. Prac. & Rem. Code Ann. § 74.351(a), (b)(1-2) (Vernon
2005).

 

PER CURIAM

 

 

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Reversed and remanded

Opinion delivered and
filed October 19, 2005

[CV06]






pan style='font-family:"Palatino","serif"'> 

Before
Chief Justice Gray,

Justice Reyna, and

Justice Davis

Dismissed

Opinion
delivered and filed July 29, 2009

Do
not publish

[CR25]